# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., | Civil Case No. 2:18-cv-10330-ES-MAH |
| Plaintiffs, | Judge Esther Salas |
| v. | Magistrate Michael A. Hammer |
| ICF INTERNATIONAL, INC. et al., | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the August 28, 2025 Order of Magistrate Judge Michael A. Hammer (ECF No. 99), Plaintiff/Relator Lee Wasserman ("Plaintiff") and Defendants ICF International, Inc., ICF Incorporated, LLC, Gilbane, Inc., Gilbane Building Company, Aptim Environmental & Infrastructure, LLC, Aptim Corp., and Aptim Government Solutions, LLC (collectively, the "Defendants") respectfully submit this joint status report regarding the status of this matter currently before the Court.

On or about February 18, 2025, ICF International, Inc. and ICF Incorporated, LLC (collectively, "ICF") filed their Motion to Dismiss (ECF No. 71). On the same date, Gilbane, Inc. and Gilbane Building Company ("Gilbane") and Aptim

Environmental & Infrastructure, LLC, Aptim Corp., and Aptim Government Solutions, LLC ("Aptim") separately filed their Motion to Dismiss (ECF No. 72).

Plaintiff filed a Motion for Extension of Time (ECF No. 83) and a Motion to Exclude Exhibits to Defendants' Motion to Dismiss (ECF No. 87). Pursuant to the April 30, 2025 Order of Judge Esther Salas (ECF No. 89) (the "April 30, 2025 Order"), Plaintiff served his Opposition to Defendants' Motions to Dismiss on May 7, 2025 and Defendants served their Replies to Plaintiff's Opposition on May 21, 2025. Plaintiff's Motion for Extension of Time was terminated as moot and Plaintiff's Motion to Exclude Exhibits to Defendants' Motion to Dismiss was also terminated.

As instructed by the Court's April 30, 2025 Order, the parties filed their respective motion papers on May 23, 2025 via ECF in the order that they were served (ECF Nos. 90-92, 94-96). Pursuant to L. Civ. R. 78.1(a), the return date for Defendants' Motion to Dismiss was set for June 16, 2025. Defendants' Motions to Dismiss are fully briefed; the May 23, 2025 entry by the Clerk's Office states that Defendants' Motions to Dismiss will be decided on the papers and no appearances are required.

Dated: September 10, 2025        Respectfully submitted,

UNITED STATES OF AMERICA and the STATE OF NEW JERSEY, *ex rel.* LEE WASSERMAN

By:    */s/ Robert A. Fagella*
James R. Zazzali
Robert A. Fagella
ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, PC
570 Broad Street, Suite 1402
Newark, New Jersey 07102
jzazzali@zazzali-law.com
rfagella@zazzali-law.com
+1 973 623-1822

*Attorneys for ex rel. Plaintiff Lee Wasserman*

ICF INTERNATIONAL, INC. and ICF INCORPORATED, LLC

By:    */s/ A. Hyun Rich*
A. Hyun Rich
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Ave., Suite 3000
Summit, New Jersey 07901
ally.rich@squirepb.com
+1 973 848 5600

Joseph Walker (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
joseph.walker@squirepb.com
+1 202 457 6000

*Attorneys for ICF International, Inc. and ICF Incorporated, LLC*

GILBANE, INC., GILBANE BUILDING COMPANY, APTIM ENVIRONMENTAL & INFRASTRUCTURE, LLC, APTIM CORP., and APTIM GOVERNMENTAL SOLUTIONS, LLC


By: */s/ Paul J. Fishman*
    Paul J. Fishman
    ARNOLD & PORTER KAYE SCHOLER LLP
    One Gateway Center, Suite 1025
    Newark, New Jersey 07102
    paul.fishman@arnoldporter.com
    +1 973 776 1900

    Craig D. Margolis (*pro hac vice*)
    Christian D. Sheehan (*pro hac vice*)
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Avenue NW
    Washington, DC 20001
    craig.margolis@arnoldporter.com
    christian.sheehan@arnoldporter.com
    +1 202 942 5000

    Randall H. Miller (*pro hac vice*)
    ARNOLD & PORTER KAYE SCHOLER LLP
    1144 15th St., Suite 3100
    Denver, Colorado 80202
    randall.miller@arnoldporter.com
    +1 303 863 1000

    Sarah Elnahal (*pro hac vice*)
    Sahrula Kubie (*pro hac vice*)
    ARNOLD & PORTER KAYE SCHOLER LLP
    250 West 55th Street
    New York, New York 10019-9710
    sarah.elnahal@arnoldporter.com
    sahrula.kubie@arnoldporter.com

+1 212 836 8000

*Attorneys for Gilbane, Inc., Gilbane Building Company, Aptim Environmental & Infrastructure, LLC, Aptim Corp., and Aptim Governmental Solutions, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of September, 2025, a copy of the foregoing Joint Status Report was served by the Court's CM/ECF system upon all registered users in this action.

                                                                          _____

                                                                          A. Hyun Rich
                                                                          *Counsel for ICF International, Inc. and*
                                                                          *ICF Incorporated, LLC*