IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA et al., | Civil Case No. 2:18-cv-10330-ES-MAH |
| Plaintiffs, | Judge Esther Salas |
| v. | Magistrate Michael A. Hammer |
| ICF INTERNATIONAL, INC. et al., | |
| Defendants. | |

**JOINT STATUS REPORT**

On October 9, 2025, the Honorable Esther Salas entered an order staying this case and others due to the federal government shut down (ECF 105). Further, Judge Salas ordered that upon the circumstances set forth on page 2 of SO 2025-26, the parties were to "file a joint letter apprising the Court of all unresolved disputes." *Id.* Judge Salas also ordered that Defendants' Motions to Dismiss were "administratively terminated for docket management purposes only." *Id.*

Previously, on September 26, 2025, the parties conducted a status hearing before the Honorable Michael A. Hammer. Judge Hammer ordered the parties to meet and confer "in an effort to reach agreement on a framework and timeframe for discovery while the motions to dismiss are pending" (ECF 104). In the event the

parties could reach agreement, the parties were to submit that agreement to the Court by October 17, 2025. *Id.* To the extent the parties could not reach agreement, the Defendants were to file "a consolidated letter in support of staying discovery, limited to ten double-spaced pages, by October 17, 2025." *Id.* Relator's response was due two weeks later, "by October 31, 2025." *Id.*

On November 12, 2025, the United States government reopened. Thus, on November 18, 2025, the parties held a meet and confer conference per Judge Hammer's September 26, 2025 order (ECF 104). During that conference, the parties were unable to "reach agreement on a framework and timeframe for discovery while the motions to dismiss are pending."

Thus, the parties request new deadlines for submitting the consolidated letter and response set forth in Judge Hammer's September 26, 2025 order (ECF 104). The parties propose that Defendants' consolidated letter be due on or before December 4, 2025 and that Plaintiff's response be due on or before December 18, 2025.

Dated: November 20, 2025          Respectfully submitted,

                                                    UNITED STATES OF AMERICA and the STATE OF NEW JERSEY, *ex rel.* LEE WASSERMAN

By: */s/ Robert A. Fagella*

    James R. Zazzali
Robert A. Fagella
ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, PC
570 Broad Street, Suite 1402
Newark, New Jersey 07102
jzazzali@zazzali-law.com
rfagella@zazzali-law.com
+1 973 623-1822

John J. Beins, Esq.
JBeins@beinsgoldberg.com
(admitted *pro hac vice*)
Seth D. Goldberg, Esq.
(admitted *pro hac vice*)
sethg@beinsgoldberg.com
Beins Goldberg LLP
2 Wisconsin Circle, Suite 700
Chevy Chase, MD  20815
(240) 235-5040

*Attorneys for ex rel. Plaintiff Lee Wasserman*

ICF INTERNATIONAL, INC. and ICF INCORPORATED, LLC

By: */s/ A. Hyun Rich*

A. Hyun Rich
SQUIRE PATTON BOGGS (US) LLP
382 Springfield Ave., Suite 3000
Summit, New Jersey 07901
ally.rich@squirepb.com
+1 973 848 5600

Joseph Walker (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
joseph.walker@squirepb.com
+1 202 457 6000

*Attorneys for ICF International, Inc. and ICF International, LLC*

GILBANE, INC., GILBANE BUILDING COMPANY, APTIM ENVIRONMENTAL & INFRASTRUCTURE, LLC, APTIM CORP., and APTIM GOVERNMENTAL SOLUTIONS, LLC

By: */s/ Paul J. Fishman*

Paul J. Fishman
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center, Suite 1025
Newark, New Jersey 07102
paul.fishman@arnoldporter.com

-4-

+1 973 776 1900

Craig D. Margolis (*pro hac vice*)
Christian D. Sheehan (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
craig.margolis@arnoldporter.com
christian.sheehan@arnoldporter.com
+1 202 942 5000

Randall H. Miller (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th St., Suite 3100
Denver, Colorado 80202
randall.miller@arnoldporter.com
+1 303 863 1000

Sarah Elnahal (*pro hac vice*)
Sahrula Kubie (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
sarah.elnahal@arnoldporter.com
sahrula.kubie@arnoldporter.com
+1 212 836 8000

*Attorneys for Gilbane, Inc., Gilbane Building Company, Aptim Environmental & Infrastructure, LLC, Aptim Corp., and Aptim Governmental Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2025, a copy of the foregoing Joint Status Report was served by the Court's CM/ECF system upon all registered users in this action.

                                        /s/ Robert A Fagella
                                          Robert A. Fagella, Esq.